**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------X   Case No. 13-41288
IN RE:

**MOHAMED HASSAN**

                       Debtor.
-----------------------------------------------X

          Pursuant to Bankruptcy Rules 2002 and 9010(b) and Section 1109(b) of the Bankruptcy Code, the counsel listed below enter their appearance as counsel to Mohamed Hassan, the debtor herein, and request that all notices given or required to be given, and all papers served in this case, be delivered to and served upon the undersigned at their office at the address set forth below, and that the following be added to the general matrix and all special or limited matrices in this case. All motions, pleadings, notices, applications and other papers should be served upon:

                Dahiya Law Offices LLC
                75 Maiden Lane, Suite 506
                New York New York 10038
                Tel: 212 766 8000
                Fax: 212 766 8001

Dated: April 30, 2013

                                              Dahiya Law Offices LLC

                                              */s/karamvir dahiya*
                                              Dahiya Law Offices LLC
                                              75 Maiden Lane, Suite 506
                                              New York New York 10038
                                              Tel: 212 766 8000
                                              Fax: 212 766 8001